# Exhibit A – Disputed Patent Claim Terms

The following chart lists the disputed patent claim terms, phrases, or clauses of the '554 patent for which Plaintiff and Defendants propose different constructions.

| Term # | Claims | Disputed Claim / Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| 1 | **1** & 15 | A method of enhancing the reliability of a transmission from a source to a destination in a communications network using **a network protocol that operates on top of the Internet Protocol (IP)**, the method comprising:<br><br>transmitting data between a source and destination over a first network path made up of one or more network links where at least one of the network links is to a local area network that is remote from the transmission source; and<br><br>switching the transmission from the first network path to one of a plurality of alternative network paths; | Not indefinite<br><br>No construction necessary; plain and ordinary meaning. | Indefinite | |

1

# Exhibit A – Disputed Patent Claim Terms

| Term # | Claims | Disputed Claim / Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | | wherein said transmission is not disrupted as a result of said switch to the one of a plurality of alternative network paths, said transmission contains audio or video data and at least one Network Address Translation (NAT) is performed on said transmission; <br><br>said transmission uses the Real Time Protocol (RTP); <br><br>said transmission uses the Session Initiation Protocol (SIP); and <br><br>the SIP signaling sequence of the transmission is maintained after said switching from the first network path to the one of a plurality of alternative network paths. | | | |
| 2 | <u>1</u> & 15 | A method of enhancing the reliability of a transmission from a source to a | Not indefinite | Indefinite or, alternatively, Plain and Ordinary | |

**Exhibit A – Disputed Patent Claim Terms**

| Term # | Claims | Disputed Claim / Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | | destination in a communications network using a network protocol that operates on top of the Internet Protocol (IP), the method comprising:<br><br>transmitting data between a source and destination over a first network path made up of one or more network links where at least one of the network links is to a local area network that is remote from the **transmission source**; and<br><br>switching the transmission from the first network path to one of a plurality of alternative network paths;<br><br>wherein said transmission is not disrupted as a result of said switch to the one of a plurality of alternative network paths, said transmission contains audio or video data and at least one Network Address | No construction necessary; plain and ordinary meaning. | Meaning (*i.e.*, device that initiates the transmission) | |

3

## Exhibit A – Disputed Patent Claim Terms

| Term # | Claims | Disputed Claim / Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | | Translation (NAT) is performed on said transmission; said transmission uses the Real Time Protocol (RTP); said transmission uses the Session Initiation Protocol (SIP); and the SIP signaling sequence of the transmission is maintained after said switching from the first network path to the one of a plurality of alternative network paths. | | | |
| 3 | **1** & 15 | A method of enhancing the reliability of a transmission from a source to a destination in a communications network using a network protocol that operates on top of the Internet Protocol (IP), the method comprising: | Not indefinite

No construction necessary; plain and ordinary meaning.

Alternatively, "SIP signaling sequence, or 'cseq' number, is monotonically increased for new transmissions or | Indefinite or, alternatively, "SIP signaling sequence number of the transmission is maintained throughout a dialog with a SIP server" | |

## Exhibit A – Disputed Patent Claim Terms

| Term # | Claims | Disputed Claim / Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | | transmitting data between a source and destination over a first network path made up of one or more network links where at least one of the network links is to a local area network that is remote from the transmission source; and<br><br>switching the transmission from the first network path to one of a plurality of alternative network paths;<br><br>wherein said transmission is not disrupted as a result of said switch to the one of a plurality of alternative network paths, said transmission contains audio or video data and at least one Network Address Translation (NAT) is performed on said transmission;<br><br>said transmission uses the Real Time Protocol (RTP); | preserved for re-transmissions."<br><br>* Plaintiff has also indicated agreement with the **PTAB Construction**: "the same rule or paradigm is used to identify that an incoming SIP packet is the next SIP packet in a sequence, regardless of whether that packet is transmitted on the first network path or the one of a plurality of alternative network paths." | | |

# Exhibit A – Disputed Patent Claim Terms

| Term # | Claims | Disputed Claim / Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | | said transmission uses the Session Initiation Protocol (SIP); and<br><br>**the SIP signaling sequence of the transmission is maintained** after said switching from the first network path to the one of a plurality of alternative network paths. | | | |
| 4 | **3** & 17 | The method of claim 1 wherein the switch from the first network path to the one of a plurality of alternative network paths occurs as a result of **stream load balancing**. | No construction necessary; plain and ordinary meaning.<br><br>Alternatively, "an event when an RTP stream is signaled to move to a different wide-area network ("WAN")." | Plain and ordinary meaning (*i.e.*, … as a result of stream load balancing based on a measured stream load) | |
| 5 | 5 & **19** | The method of claim 1 wherein a **SIP server** associated with the one of a plurality alternative network paths may authenticate the | No construction necessary; plain and ordinary meaning. | Server that receives and responds to a SIP INVITE request | |

# Exhibit A – Disputed Patent Claim Terms

| Term # | Claims | Disputed Claim / Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | | transmission before it is switched. | | | |
| 6 | **15** | A method of enhancing the reliability of a transmission from a source to a destination in a communications network using a network protocol that operates on top of the Internet Protocol (IP), the method comprising:<br><br>transmitting data between a source and destination over a first network path made up of one or more network links where at least one of the network links is to a local area network that is remote from the transmission source;<br><br>switching **the transmission** from the first network path to one of a plurality of alternative network paths; | Not indefinite<br><br>No construction necessary; plain and ordinary meaning. | Indefinite | |

**Exhibit A – Disputed Patent Claim Terms**

| Term # | Claims | Disputed Claim / Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | | wherein **said transmission** is not disrupted as a result of said switch to the one of a plurality of alternative network paths, said transmission contains audio or video data, and at least one Port Address Translation (PAT) is performed on said transmission; said transmission contains audio or video content; said transmission contains data used in the control of the **audio or video transmission**; said transmission uses the Real Time Protocol (RTP); said transmission uses the Session Initiation Protocol (SIP); and the SIP signaling sequence of the transmission is maintained after said switching from the first | | | |

# Exhibit A – Disputed Patent Claim Terms

| Term # | Claims | Disputed Claim / Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | | network path to the one of a plurality of alternative network paths. | | | |
| 7 | <u>15</u> | A method of enhancing the reliability of a transmission from a source to a destination in a communications network using a network protocol that operates on top of the Internet Protocol (IP), the method comprising:<br><br>transmitting data between a source and destination over a first network path made up of one or more network links where at least one of the network links is to a local area network that is remote from the transmission source;<br><br>switching **the transmission** from the first network path to one of a plurality of alternative network paths; | Not indefinite<br><br>No construction necessary; plain and ordinary meaning. | Indefinite | |

# Exhibit A – Disputed Patent Claim Terms

| Term # | Claims | Disputed Claim / Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | | wherein **said transmission** is not disrupted as a result of said switch to the one of a plurality of alternative network paths, said transmission contains audio or video data, and at least one Port Address Translation (PAT) is performed on said transmission; said transmission contains **audio or video content**; said transmission contains data used in the control of **the audio or video transmission**; said transmission uses the Real Time Protocol (RTP); said transmission uses the Session Initiation Protocol (SIP); and the SIP signaling sequence of the transmission is maintained after said | | | |

# Exhibit A – Disputed Patent Claim Terms

| Term # | Claims | Disputed Claim / Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | | switching from the first network path to the one of a plurality of alternative network paths. | | | |