# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ASPEN NETWORKS, INC.,      §
           §
   Plaintiff,       §
           §   CIVIL ACTION NO. 2:24-CV-476-RWS
v.            §      *LEAD CASE*
           §
AT&T INC., *et al.*,      §
           §
   Defendants.     §

## ORDER

In light of the Court's order vacating the referral of this matter to Magistrate Judge Roy S. Payne (Docket No. 354), the Court hereby requests that the parties meet and confer and prepare a joint report regarding the status of the case. The joint report shall contain the following information:

1. A list of all pending motions that require the Court's resolution, in order of priority;

2. Whether any party believes any pending motion is moot;

3. Whether the parties believe a status conference would assist in the successful management of this proceeding;

4. Whether any party has additional proposed changes to the joint juror questionnaire previously submitted to the Court (Docket No. 352-1); and

5. Any other information the parties deem relevant.

Accordingly, it is **ORDERED** that the parties **SHALL** file the joint status report within **seven (7) days** of the date of this Order.

The Court advises the parties that the trial in this matter remains set for **June 15, 2026**. Docket No. 353. The three consolidated cases will be tried in the following order:

- *Aspen Networks, Inc. v. Cellco Partnership d/b/a Verizon Wireless*, No. 2:23-cv-

557

- *Aspen Networks, Inc. v. AT&T Mobility, LLC, et al.*, No. 2:23-cv-476

- *Aspen Networks, Inc. v. T-Mobile USA, Inc.*, No. 2:23-cv-558

At the pretrial conference held by Judge Payne on March 13, 2026, Plaintiff's counsel explained that there might be an issue with Plaintiff's technical expert's availability for the June 15, 2026 trial setting. Docket No. 343 at 191:19–192:10. Judge Payne explained that the availability of expert witnesses is a routine issue, and that the Court would address it at the next pretrial conference. *Id.* at 192:11–18. However, to give the parties more time to substitute experts if necessary, it is **ORDERED** that any party whose expert witness(es) will be unavailable for the June 15, 2026 trial setting **SHALL** move for leave to substitute within **ten (10) days** of the date of this Order. It is further

**ORDERED** that a hearing on the parties' dispositive and *Daubert* motions (Docket Nos. 156–57, 159–60, 163–64, 166–67, 169, 173–74, 176–78, 180, 182, 184, 186–88, 293) is **SET** for **May 20, 2026** at **10:00 a.m.** in **Texarkana, Texas**. It is further

**ORDERED** that the final pretrial conference in this matter is **RESET** from its current setting to **May 20, 2026** at **2:00 p.m.** in **Texarkana, Texas**.

To the extent additional time is necessary to conduct the hearing and the pretrial conference, the Court will hold open the morning of May 21, 2026.

**So ORDERED and SIGNED this 30th day of April, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE